**Order filed September 19, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00059-CR

_____

**JEREMY DESHAN DUGAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1534805**

## ORDER

Appellant is represented by appointed counsel, **Joshua Hill**. Appellant's brief was originally due May 30, 2017. We have granted a total of 90 days to file appellant's brief until August 28, 2017. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed, and no motion for extension has been filed.

Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Court of Criminal Appeals issued Misc. Docket No. 17-010, an emergency order directing all courts in Texas to consider disaster-related delays as good cause for modifying or suspending all deadlines in any case.

Accordingly, we order Joshua Hill to file a brief with the clerk of this court on or before **October 2, 2017**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan